IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ISSISSIPPI
NORTHERN DIVISION

ULRIC S. CROSSLAND                                                                    PETITIONER

V.                                                         CIVIL ACTION NO. 3:21-CV-537 HTW-LGI

WARDEN S. REISER                                                                     RESPONDENT

### ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the court pursuant to the Report and Recommendation of United States Magistrate Judge Lakeysha Greer Isaac [doc. no. 10].   No objection or response to the Report and Recommendation has been filed. Therefore, the Report and Recommendation of the United States Magistrate Judge [doc. No. 10] is hereby adopted as the order of this court. Defendant's Petition for writ of habeas corpus pursuant to 28 U.S.C. §2241 is dismissed as no longer presenting a live case or controversy.

**SO ORDERED AND ADJUDGED**, this the 22nd day of April, 2022.

s/ HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE